JUDGE LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR07-5346 RBL |
| | ) | |
| v. | ) | ORDER PERMITTING WITHDRAWAL |
| | ) | AS COUNSEL |
| LARRY EDWARD TARRER II, | ) | |
| | ) | |
| Defendant. | ) | |
|_____| ) | |

THIS MATTER having come before the above-entitled Court pursuant to the motion of counsel for Mr. Tarrer to withdraw, the Court having reviewed the motion and supporting documentation, having reviewed the file, and in all matters being fully advised, now, therefore:

/////////////////////

/////////////////////

ORDER WITHDRAW
1

Keith A. MacFie
Attorney at Law
711 S. Commerce St., Ste. 210
Tacoma, Washington 98402
253-627-6911

1        IT IS HEREBY ORDERED that Keith A. MacFie shall be allowed

2    to withdraw as counsel; it is further

3        ORDERED that the Federal Public Defender's Office shall

4    appoint new counsel to represent Mr. Tarrer.

5        Dated this ___7th___ day of August, 2007.

6

7

8

9    Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23   ORDER WITHDRAW
     2

24

25

Keith A. MacFie
Attorney at Law
711 S. Commerce St., Ste. 210
Tacoma, Washington 98402
253-627-6911