UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR07-5346 BHS |
| Plaintiff, | ORDER |
| v. | |
| LARRY EDWARD TARRER II, | |
| Defendant. | |

This matter is before the Court on Defendant Larry Tarrer's Motion for Early Termination of Supervised Release. Dkt. 166. The United States Probation Office filed a response to his motion asserting that, due to his criminal history, it does not recommend early termination of supervised release. Dkt. 169 at 2. The Government additionally opposes early termination because Tarrer has served only one of the four years of supervised release. Dkt. 168.

The Court finds that early termination of Tarrer's supervised release is not appropriate at this time. Part of the calculus in choosing the length of a sentence for imprisonment and supervised release is public safety. The nature of Tarrer's state convictions for murder, attempted murder, and manslaughter, and his federal convictions

ORDER - 1

1  for conspiracy to distribute MDMA and possession with intent to distribute MDMA,

2  cocaine base, and cocaine require the Court to give primary consideration to public

3  safety. Under these circumstances, Tarrer having served only one of four years of

4  supervised release is insufficient to warrant the early termination of his term of

5  supervision. The Court recognizes, however, that complete compliance with the

6  conditions of supervised release for an extended period demonstrates rehabilitation and

7  warrants consideration of early termination of supervision. The possibility of early

8  termination provides incentive to defendants to do well on supervision. The Court will

9  consider a renewed motion for early termination of supervised release filed on or after

10  August 1, 2024, provided Tarrer continues with complete compliance of his conditions of

11  release.

12      Accordingly, it is hereby **ORDERED** that the Motion for Early Termination of

13  Supervised Release, Dkt. 166, is **DENIED**.

14      Dated this 14th day of September, 2023.

15

16

17  BENJAMIN H. SETTLE
United States District Judge

18

19

20

21

22

ORDER - 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22